**Kelvin WATFORD, Plaintiff— Appellant,**

v.

**W.P. ROGERS, Regional Director; D.M. Vaughn, Warden; E. Willis, Treatment Supervisor, Defendants—Appellees.**

No. 06–7654.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 14, 2006.

Decided: Dec. 22, 2006.

Kelvin Watford, Appellant Pro Se.

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Watford appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm both orders for the reasons stated by the district court. *See Watford v. Rogers*, No. 1:06–cv–00104–GBL (E.D. Va. entered June 30, 2006; entered Sept. 6, 2006). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*